This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38717

**SOUTHWEST ORGANIZING PROJECT, PAJARITO VILLAGE ASSOCIATION, SOUTH VALLEY COALITION OF NEIGHBORHOOD ASSOCIATIONS, CENTER FOR SOCIAL SUSTAINABLE SYSTEMS, SOUTH VALLEY REGIONAL ASSOCIATIONS OF ACEQUIAS, DANIEL RICHARD "RIP" ANDERSON, MARCIA BEAUREGARD FERNANDEZ, SANTIAGO JAMES MAESTAS, ROD MAHONEY, and ROBERTO ROIBAL,**

Appellants-Petitioners,

and

**DR. VIRGINIA NECOCHEA,**

Appellant,

v.

**BERNALILLO BOARD OF COUNTY COMMISSIONERS, and Individual Members of the County Commission, DEBBIE O'MALLEY, MAGGIE HART STEBBINS, STEPHEN MICHAEL QUEZADA, LONNIE C. TALBERT, and JAMES E. SMITH,**

and

**WESTERN ALBUQUERQUE LAND HOLDINGS, LLC and CONSENSUS PLANNING, INC.,**

Appellees-Respondents.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

New Mexico Environmental Law Center
Gail Evans
Douglas Meiklejohn
Charles de Saillan
Eric Jantz
Maslyn Locke
Santa Fe, NM

for Petitioners and Appellant

Robles, Rael & Anaya, P.C.
Robert M. White
Daniel J. Grunow
Albuquerque, NM

for Respondents Bernalillo County Board of County Commissioners, O'Malley,
Stebbins, Quezada, Talbert, and Smith

Rodey, Dickason, Sloan, Akin & Robb, P.A.
John P. Salazar
Edward Ricco
Jenica Jacobi
Jocelyn Drennan
Albuquerque, NM

for Respondents Consensus Planning & Western Albuquerque Land Holdings, LLC

## DECISION

**HANISEE, Chief Judge.**

**{1}** In these consolidated appeals, Petitioners[1] seek further appellate review
following the district court's rejections of Petitioners' challenges to the Bernalillo County
Board of County Commissioners' (the Board) approval of the Level B master plan and
Level B development agreement related to the development of the proposed Santolina
planned community in Bernalillo County. Petitioners raise the following arguments: (1)
the district court erred in affirming the Board's approval of the Level B master plan and
Level B development agreement because the proper prerequisites—namely the zone
map amendment, the Level A master plan, and the Level A development agreement—
were not in place at the time such approval occurred; and (2) the district court erred in

---

1Petitioners in this case are, collectively, SouthWest Organizing Project, Pajarito Village Association,
South Valley Coalition of Neighborhood Associations, Center for Social Sustainable Systems, South
Valley Regional Association of Acequias, Daniel Richard "Rip" Anderson, Marcia Beauregard Fernandez,
Santiago James Maestas, Rod Mahoney, Roberto Roibal.

finding that the Board's approval of the Level B master plan was a legislative act requiring legislative, rather than administrative, review on appeal.

{2}    In any appeal before this Court, "it is the appellant's burden to demonstrate, by providing well-supported and clear arguments, that the district court has erred." *Premier Tr. of Nevada, Inc. v. City of Albuquerque*, 2021-NMCA-004, ¶ 10, 482 P.3d 1261. Here, the district court issued thorough, well-reasoned, and explanatory orders resolving each of the issues presented in this appeal. Having scrutinously reviewed the district court orders at issue, and after thorough and careful review of the briefing, the authorities cited therein, and the record, we perceive there to be no error upon which reversal could be premised. *See Farmers, Inc. v. Dal Mach. & Fabricating, Inc.*, 1990-NMSC-100, ¶ 8, 111 N.M. 6, 800 P.2d 1063 ("The presumption upon review favors the correctness of the [district] court's actions. [An a]ppellant must affirmatively demonstrate its assertion of error."). Accordingly, we affirm the district court's orders affirming the Board's approval of the Level B master plan and the Level B development agreement for substantially the same reasons as within each respective order.

{3}    IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**GERALD E. BACA, Judge**